In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00428-CV
_____

GLEN ALLEN SMITH, Appellant

V.

DENISE WYNETTE SMITH, Appellee

_____

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. F-220,980

_____

MEMORANDUM OPINION

Glen Allen Smith filed a notice of appeal from a post-answer default judgment of the divorce decree but he failed to file a brief. On May 4, 2015, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On May 15, 2015, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the

1

absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on June 5, 2015
Opinion Delivered June 25, 2015

Before Kreger, Horton, and Johnson, JJ.

2